IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| SHIRLEY L. SMITH, | : | |
| Plaintiff, | : | CIVIL NO. 2002-227 (STT) |
| v. | : | |
| VIRGIN ISLANDS PORT AUTHORITY, et al., | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 29th day of August, 2008, upon consideration of Defendants Virgin Islands Port Authority and Virgin Islands Port Authority Governing Board's Motion to Strike and/or Dismiss Plaintiff's Claim of Sexual Harassment (Doc. No. 230), pro se Plaintiff Shirley L. Smith's Response in opposition thereto (Doc. No. 232), Defendants' Reply (Doc. No. 233), and Plaintiff's Supplement to Opposition (Doc. No. 311), it is hereby ORDERED that said Motion is DENIED.

    S/ James T. Giles
HONORABLE JAMES T. GILES
UNITED STATES DISTRICT JUDGE
(Sitting By Designation)