IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| SHIRLEY L. SMITH, | : | |
| | : | |
| Plaintiff, | : | CIVIL NO. 2002-227 (STT) |
| | : | |
| v. | : | |
| | : | |
| VIRGIN ISLANDS PORT AUTHORITY, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 29th day of August, 2008, upon consideration of Defendants Virgin Islands Port Authority ("VIPA") and Virgin Islands Port Authority Governing Board's Motion for Partial Summary Judgment (Doc. Nos. 237 & 238) regarding the applicability of 29 V.I.C. § 556(c), pro se Plaintiff Shirley L. Smith's Response in opposition thereto (Doc. No. 219 & 239), and Defendants' Reply (Doc. No. 240), it is hereby ORDERED that said Motion is DENIED for the reasons set forth in the attached Memorandum.

                                                                  S/ James T. Giles
                                                           HONORABLE JAMES T. GILES
                                                           UNITED STATES DISTRICT JUDGE
                                                           (Sitting By Designation)